United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN MOSES,

    Plaintiff,

v.

UNITED STATES CORP,

    Defendant.

Case No. 22-cv-03030-JSC

**ORDER OF DISMISSAL**

On May 23, 2022, the Clerk opened this matter based upon a document in which Plaintiff alleged the violation of his right to travel. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"), and that he must file his claims in a Complaint. The Clerk mailed Plaintiff the Court's IFP application and form Complaint along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notices informed him that the case would be dismissed if he did not file a Complaint and either pay the filing fee or file a completed IFP application within 28 days. Plaintiff has not filed an IFP application, paid the filing fee, or filed a Complaint, nor has he shown cause why not or requested an extension of time. Accordingly, this case is DISMISSED without prejudice.

    The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: September 23, 2022

                                                      JACQUELINE SCOTT CORLEY
                                                      United States District Judge